for seasonal guests only and for daily guests introduced by them, but without regard to race, creed, color or national origin'." As so modified, the order is unanimously affirmed, with $20 costs and disbursements to the respondents. Settle order on notice. Concur — Breitel, J. P., Botein, Rabin, Cox and Bastow, JJ. [See *ante*, p. 943.]

## (April 30, 1956)

■ ABRAHAM MENDELSON et al., Individually and as Copartners Doing Business under the Name of PLAZA PAINT SUPPLY COMPANY, Respondents, v. ISAAC S. HELLER et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Concur — Botein, J. P., Frank, Valente, Bergan and Bastow, JJ. [208 Misc. 339.]

■ LODER APPEAL PRESS, INC., Respondent, v. EMILY MARX, Appellant.— Determination unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, J. P., Frank, Valente, Bergan and Bastow, JJ.

■ ARTHUR CRISP, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Botein, J. P., Frank, Valente, Bergan and Bastow, JJ.

■ LESLIE-HENRY CO., INC., Appellant-Respondent, v. C & C BUTTON & TRIMMING Co., INC., Respondent-Appellant.— Judgment unanimously modified so as to provide that the dismissal of the complaint is on the merits and with prejudice. The proof amply supports the finding of the trial court that plaintiff did not sustain its burden of proving reliance on the skill and judgment of the defendant when purchasing the merchandise and that the merchandise was not of good merchantable quality. Settle order on notice. Concur — Botein, J. P., Frank, Valente, Bergan and Bastow, JJ.

■ ISRAEL VAINTRAUB, Appellant, v. BALSAMS, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ HELEN SEARSON, as Administratrix of the Estate of JAMES SEARSON, Deceased, Respondent-Appellant, v. CORBETTA CONSTRUCTION Co., INC., Appellant; NEW YORK CITY HOUSING AUTHORITY, Respondent, et al., Defendant. NEW YORK CITY HOUSING AUTHORITY, Third-Party Plaintiff-Appellant, v. SEABERG ELEVATOR Co., INC., Third-Party Defendant-Respondent.— On the appeal of plaintiff and defendant and third-party-plaintiff New York City Housing Authority, the judgment is unanimously affirmed, with costs. Insofar as it awards plaintiff $164,070.88 against the defendant Corbetta Construction Co., Inc., the judgment is unanimously reversed upon the ground of excessiveness and a new trial ordered against the defendant Corbetta Construction Co., Inc., with costs to abide the event, unless plaintiff stipulates to reduce the verdict to $100,000 with interest thereon in which event the judgment, as so modified, is affirmed without costs. Settle order on notice. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

■ HELEN SEARSON, as Administratrix of the Estate of JAMES SEARSON, Deceased, Respondent-Appellant, v. CORBETTA CONSTRUCTION Co., INC., Appellant; NEW YORK CITY HOUSING AUTHORITY, Respondent, et al., Defendant. NEW YORK CITY HOUSING AUTHORITY, Third-Party Plaintiff-Appellant, v. SEABERG ELEVATOR Co., INC., Third-Party Defendant-Respondent.— Order unanimously affirmed. No opinion. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.